No. 811. FIRST NATIONAL BANK OF ST. PETERSBURG *v.* MIAMI. May 9, 1933. *Per Curiam:* The certificate is dismissed. *United States* v. *Bailey,* 9 Pet. 267, 272, 274; *Chicago, B. & Q. Ry.* v. *Williams,* 205 U.S. 444, 451–454; *The Folmina,* 212 U.S. 354, 363; *United States* v. *Mayer,* 235 U.S. 55, 66; *Biddle* v. *Luvisch,* 266 U.S. 173, 174, 175; *News Syndicate Co.* v. *New York Central R. Co.* 275 U.S. 179, 188. *Messrs. Kenneth I. McKay, Maynard Ramsey, H. E. Hackney, G. P. Barse,* and *J. F. Anderson* for the First National Bank of St. Petersburg. *Mr. C. I. Carey* for Miami.

For an amendment to the General Orders in Bankruptcy, promulgated May 15, 1933, see 288 U.S. 655.